**FILED: 3/23/12**

JS - 6

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

***Robert Williams, Sr., et al.,***

**Plaintiffs,**

**v.**

***State of California, et al.,***

**Defendants.**

**CASE NO. CV 11-4803-GHK (AGRx)**

**JUDGMENT**

Pursuant to the Court's October 19, 2011, and March 23, 2012 Orders, IT IS HEREBY ADJUDGED that Plaintiffs Robert Williams, Sr.; Robin Fleming; Robert Williams, II; Lavonia Williams; Payne Care Center; and Kingsley Home Care's (collectively, "Plaintiffs") claims against Defendants State of California; San Gabriel Pomona Regional Center; Claire Matsushita, in her individual and official capacity; R. Keith Penman, in his individual and official capacity; Claudia Hemingway, in her individual and official capacity; Adriane Picazo, in her individual and official capacity; and Lucina Galarza, in her individual and official capacity, are **DISMISSED with prejudice**. Plaintiffs shall take nothing by this Complaint.

**IT IS SO ORDERED**.

DATED: March 23, 2012

GEORGE H. KING

|   |   |
|---|---|
| 1 | United States District Judge |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |